UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS AYALA,<br><br>*Defendant*. | Case No. 24-mj-00004 (RMM) |

### DECLARATION OF CARLOS AYALA

I, CARLOS AYALA, pursuant to 28 U.S.C. § 1746, declare as follows:

   1. The Court has provisionally approved my request to travel outside the country (Madrid, Spain) from March 10, 2024 to March 16, 2024, to attend a Celebration of Life for my late father.

   2. I hold a valid U.S. passport, which I have surrendered to the Pretrial Services Agency as a condition of my release in the above-referenced case.

   3. As a further condition of my release, in order to travel beyond the continental United States, it is necessary for me to obtain prior Court approval.

   4. I hereby waive any and all right to be extradited to the United States under the laws of any country, including but not limited to Spain. I will not seek any protection afforded by: any extradition rights, any treaty, or any law of any country, including Spain, that allow for my refuge in any country. Further, I will not appeal any decision by any country to be extradited to the United States during the pendency of this case.

   5. I further pledge not to alienate my ownership interest in Tesla Model X, Vin: 5YJXCAE25KF190064, which I own individually and outright, and have hypothecated as collateral against the unsecured appearance bond that was imposed as a condition of my release, and for which I have surrendered my original title, issued by Maryland, to the Pretrial Services

Agency. I pledge not to obtain a duplicate title for the Tesla Model X, seek to obtain a loan against the Tesla Model X, or otherwise attempt to interfere with its use as collateral against the appearance bond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 5th day of March 2024 in Salisbury, Maryland.

CARLOS AYALA