UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS AYALA,<br><br>*Defendant*. | Case No. 1:24-cr-00326-JDB |

### DECLARATION OF CARLOS AYALA

I, CARLOS AYALA, pursuant to 28 U.S.C. § 1746, declare as follows:

1. The Court has provisionally approved my request to travel outside the country (El Salvador) from December 23, 2024 to January 3, 2025, for a family vacation to celebrate Christmas.

2. I hold a valid U.S. passport, which I have surrendered to the Pretrial Services Agency as a condition of my release in the above-referenced case.

3. As a further condition of my release, in order to travel beyond the continental United States, it is necessary for me to obtain prior Court approval.

4. I hereby waive any and all right to be extradited to the United States under the laws of any country, including but not limited to El Salvador. I will not seek any protection afforded by: any extradition rights, any treaty, or any law of any country, including El Salvador, that allow for my refuge in any country. Further, I will not appeal any decision by any country to be extradited to the United States during the pendency of this case.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the  17th   day of December, 2024 in Salisbury, Maryland.

_____
CARLOS AYALA