UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS AYALA,<br><br>*Defendant*. | Case No. 1:24-cr-00326-JDB |

### DECLARATION OF CARLOS AYALA

I, CARLOS AYALA, pursuant to 28 U.S.C. § 1746, declare as follows:

1. The Court has provisionally approved my request to modify my conditions of release so as to allow my possession of a shotgun and a rifle for limited purposes on my farm. To bolster the record made at today's status conference, I am providing the following information, which was largely responsive to the Government's Response:

2. The contacts with diseased or damaging animals are not limited to the two encounters documented by Exhibits A and B. I specifically recall at least five overall encounters with visibly sick animals, but the two mentioned in my motion were ones in which I maintained photographic or billing evidence as a way of documenting the incidents.

3. With regard to the possible assistance of Wicomico County Animal Control, their website specifies that "All wildlife issues such as deer, rabbits, raccoons, birds etc. are handled by Maryland Natural Resources Police…" My telephone call to Animal Control led to their confirmation of this fact.

4. With regard to the possible assistance of the Maryland Natural Resources Police, my telephone call to them led to them referring me to the Wildlife and Heritage Service.

1

5.      With regards to the possible assistance of the Wildlife and Heritage Service, their recording suggested contacting the U.S. Department of Agriculture's Maryland Nuisance Wildlife Services. In my ensuing telephone conversation with their representative, I was advised that they are only able to assist in situations where the animal is immobile (i.e., trapped in some fashion).

6.      I do not have a constant presence of employees at the farm who might be expected to respond to the need to put down a sick animal. I am also not comfortable with my underaged children taking on this responsibility, particularly without my immediate supervision, and my wife is not proficient with firearms to the point where I could be absent from her efforts. In short, I believe that I am the logical candidate to respond to situations where sick animals endanger my family's well-being or when animals are damaging the profitability of my crops.

7.      In my experience, lethal force is the only effective way to ensure crop protection. I have utilized tree tubes, visual deterrents, and scent deterrents, but none of these are particularly successful tools to prevent damage. Because of the extent of crop damage that I have suffered from deer and geese, the State of Maryland has provided me with permits to remove deer outside of hunting season on more than one occasion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 17th day of December, 2024 in Salisbury, Maryland.

CARLOS AYALA